UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-2277
_____

HUGO ARISTOTELES CASTELLANOS MONZON,

Appellant

v.

INGRID FABIOLA DE LA ROCA
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Case No. 3:16-cv-00058)
District Judge: Hon. Freda L. Wolfson
_____

Argued March 6, 2018
_____

Before: MCKEE, AMBRO, and RESTREPO, *Circuit Judges*
_____

ORDER
_____

The petition for rehearing filed by Appellee in the above-entitled case having been

submitted to the judges who participated in the decision of this Court, it is hereby

O R D E R E D that the petition for rehearing by the panel is GRANTED. Pursuant to 3d

Cir. I.O.P. 8.3.1, the panel's previous non-precedential opinion filed July 18, 2018 is

hereby VACATED. The panel will issue an opinion and accompanying judgment at a

later date.

By the Court,
s/ *Theodore McKee*
Circuit Judge

DATED: August 30, 2018
ARR/cc: JMB; DAH; JCJ; MDT